**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
| | : |
|---|---|
| **KATHLEEN and HARRY KEYSER,** | : |
|     Plaintiffs, | : |
| | : |
|           v. | :    CIVIL ACTION NO. 16-2298 |
| | : |
| **STERN & EISENBERG PC,** *et al.***,** | : |
|     Defendants. | : |
_____

## ORDER

**AND NOW**, this 27th day of February 2017, upon consideration of Defendants' Motions to Dismiss [Doc. Nos. 7, 10], to which Plaintiffs have not responded, the Court hereby **ORDERS** that Defendants' Motions are **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum.  The Clerk is **DIRECTED** to **CLOSE** this case.

    It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**
                                        _____
                                        **CYNTHIA M. RUFE, J.**